# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**TONY D. RILEY,**

    **Plaintiff,**

**v.**                                                                                       Civil Action No. 3:16cv49
                                                                                              (GROH)

**JENNIFER SAAD, Warden, FCI Hazelton;**
**DUNN, Associate Warden, FCI Hazelton;**
**RAMOS, Associate Warden for Medical**
**or Health Service, FCI Hazelton; T. KOCH,**
**RN, BSN, CCHP, Assistant Health Services**
**Administrator, FCI Hazelton; D. YOUNG,**
**Counselor, FCI Hazelton; BOWEL BALL,**
**Medical Administrator, FCI Hazelton,**

    **Defendants.**

## ORDER TO SEAL

On April 18, 2016, the *pro se* Plaintiff filed a <u>Bivens</u> civil rights complaint, attaching certain medical records. See ECF No. 1-3 and ECF No. 1-4. Because ECF No. 1-3 and ECF No. 1-4 contain personal identifiers relative to the Plaintiff, those records should be sealed.

IT IS SO ORDERED.

The Clerk of Court is ordered to seal ECF No. 1-3 and ECF No. 1-4 pursuant to the E-Government Act of 2002. The Clerk is further directed to provide a copy of this Order to Plaintiff via certified mail, return receipt requested, at his last known address as reflected on the docket, and to transmit a copy electronically to all counsel of record.

DATED: March 15, 2017

                                                              /s/ James E. Seibert_____
                                                              JAMES E. SEIBERT
                                                              UNITED STATES MAGISTRATE JUDGE